IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -5 AM 6:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 99-20234-D |
| EDDIE LEE GALLOWAY, | * | |
| Defendant. | * | |

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE HEARING ON SUPERVISED RELEASE VIOLATION

For good cause shown, the Court hereby **GRANTS** the Defendant's motion to continue the supervised release violation hearing. The hearing is hereby **RESET** for the  1st  of  August  2005.

It is so **ORDERED**, this the  4th  day of  May  2005.

_____
Honorable Bernice Donald
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5-5-05

60

TOTAL P.02

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:99-CR-20234 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT