# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 AUG 25 PM 2: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:99CR20234-01-D

EDDIE LEE GALLOWAY
    Defendant.

### JUDGMENT AND COMMITMENT ORDER
### ON SUPERVISED RELEASE VIOLATION
**(For Offenses Committed On or After November 1, 1987)**

The defendant, Eddie Lee Galloway, was represented by Edwin A. Perry, Esq.

It appearing that the defendant, who was convicted on April 7, 2000, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **fifteen (15) months** to run consecutive to the sentence imposed in case 2:05cr20169.

Furthermore, no additional supervised release shall be imposed.

The defendant is remanded to the custody of the United States Marshal.

Signed this the 24 day of August, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 05/03/1958
U.S. Marshal No.: 18649-009
Defendant's Mailing Address: 1486 Eason Ave., Memphis, TN 38116



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:99-CR-20234 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT